UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-25124-CIV-MARTINEZ

NICHOLAS FINLEY,

    Plaintiff,

v.

VOCODO INSURANCE INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** came before this Court on Plaintiff's Notice of Voluntary Dismissal ("Notice"), (ECF No. 5). This Court has reviewed the Notice, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**, all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 4 day of March, 2025.

                                                       JOSE E. MARTINEZ
                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record